AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Harry M. Snipes, Jr. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 9:10-CV-00184-HMH |
| Commissioner of the Social Security Administration | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered and adjudged that the Magistrate Judge's Report and Recommendation is accepted. The Commissioner's decision is reversed and remanded under Sentence Four of 42 U.S.C. § 405(g) for further administrative action.

This action was *(check one)*:
❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., United States District Judge.

Date: April 1, 2011

*CLERK OF COURT*

s/John P. Bryan, Jr.

*Signature of Clerk or Deputy Clerk*